

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-69,651-02

### EX PARTE DOUGLAS ROBERT FLOYD, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 2004-CR-4333-W2 IN THE 226th DISTRICT COURT FROM BEXAR COUNTY

*Per curiam*. YEARY, J., not participating.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated robbery and sentenced to thirty years' imprisonment. The Fourth Court of Appeals affirmed his conviction. *Floyd v. State*, No. 04-05-00006-CR (Tex. App.—San Antonio Feb. 8, 2006) (not designated for publication).

After a review of the record, and based upon the trial court's findings of fact and conclusions of law, we find that Applicant's claim challenging the credibility of trial counsel's affidavit filed in Applicant's -01 habeas corpus application is without merit and we deny relief. Applicant's

remaining claims are dismissed as procedurally barred pursuant to TEX. CODE CRIM. PROC. art. 11.07, § 4.

Filed: February 1, 2017
Do not publish